# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| HUMANITARIAN, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:24-CV-48 (LAG) |
| JULIA A. BAUN, *et al.*, | : |
| Defendants. | : |

## ORDER

Plaintiff filed a Complaint and a Motion for Leave to Proceed *in forma pauperis* (IFP) in the above captioned matter on May 28, 2024. (Docs. 1, 2). On December 30, 2024, the Court denied Plaintiff's Motion for Leave to Proceed IFP and advised Plaintiff that "[t]o proceed, [he] must either pay the full filing fee within thirty (30) days of the date of th[e] Order or file an amended IFP application[.]" (Doc. 5 at 2). The deadline has passed; and as of the date of this Order, Plaintiff has failed to pay the full filing fee or to file an amended IFP application. (*See* Docket). Accordingly, Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice.**

**SO ORDERED**, this 27th day of March, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**